UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Harvey I Marcus (HIM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500
Fax. 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

Order Filed on June 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Luz C Guzman,
Debtor(s).

| | |
|---|---|
| Case No.: | 12-37577 |
| Hearing Date: | 6/07/2018 |
| Judge: | Papalia |
| Chapter: | 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 14, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of _____debtor_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.*
   *for the limited purpose of allowing the Debtor to file a Financial Management Certificate.

2. ❏ A Trustee shall be appointed.

   ☑ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ☑ The case shall be reviewed within \_\_30\_\_ days for discharge and closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*