**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Harvey I Marcus (HIM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500
Fax. 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

**Order Filed on June 14, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Luz C Guzman,
 Debtor(s).

Case No.: 12-37577

Hearing Date: 6/07/2018

Judge: Papalia

Chapter: 13

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 14, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of _____debtor_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.*
   *for the limited purpose of allowing the Debtor to file a Financial Management Certificate.

2. ❏    A Trustee shall be appointed.

   ☑    A Trustee shall not be appointed.

3. ❏    The case shall be immediately reclosed.

   ❏    The case shall be closed within _____ days.

   ☑    The case shall be reviewed within __30__ days for discharge and closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 12-37577-VFP
Luz C Guzman                                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin            Page 1 of 1            Date Rcvd: Jun 14, 2018
                       Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
db          +Luz C Guzman,   231-233 Elizabeth Ave,   Elizabeth, NJ 07206-1634

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:
      Alexandra T. Garcia    on behalf of Creditor    Mid-Island Mortgage Corp. NJECFMAIL@mwc-law.com,
       nj-ecfmail@ecf.courtdrive.com
      Brian E Caine    on behalf of Creditor    U.S. Bank National Association, not in its individual
       capacity, but solely as Trustee on behalf of the One William Street REMIC Trust 2012-1
       bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
      Brian E Caine    on behalf of Creditor    U.S. Bank, et al bcaine@parkermccay.com,
       BKcourtnotices@parkermccay.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, not in its individual
       capacity, but solely as Trustee on behalf of the One William Street REMIC Trust 2012-1
       bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
      Harvey I. Marcus    on behalf of Debtor Luz C Guzman him@lawmarcus.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Steven P. Kelly    on behalf of Creditor    US Bank National Association skelly@sterneisenberg.com,
       bkecf@sterneisenberg.com
                                                                                                                            TOTAL: 7